UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER - APPEALS

Case No. _CV91-6804_CBM_____ Date: Sept. 9, 2003
       (99-56917)
Title Silver Sage, etc., et al vs City of Desert Hot Springs, et al

===============================================================
PRESENT:
                    HONORABLE CONSUELO B. MARSHALL____, DISTRICT JUDGE

_Joseph M. Levario___                          _not reported_
COURTROOM DEPUTY CLERK                         COURT REPORTER
(213) 894-5288/Fax (213) 894-0045

COUNSEL PRESENT FOR PLAINTIFFS:                COUNSEL PRESENT FOR DEFENDANTS:

   n/a                                            n/a


PROCEEDINGS:    Filing And Spreading Order  Of The Ninth Circuit
                Court Of Appeals:


___ In court      _x_ In chambers (No hearing necessary)    _X_ Counsel notified


The Court orders that the Mandate of the Ninth Circuit Court of Appeals

  affirming judgment of       _X_ reversing and remanding. District Court is allowed
     District Court              to consider Silver Sage's motion for prejudgment
                                 interest.
  __ affirming in part           Dismissing appeal for failure to prosecute.


is filed and spread upon the minutes of this United States District Court.
Other:

Priority ____
Send  ✓
Enter ____
Closed ✓
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only____

Entered _____     ____ Make JS-5


                                   Initials of Courtroom Deputy Clerk_____

ENTER ON ICMS
SEP 1 2 2003

(813)